IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:        *

WARNER CONSTRUCTION        *     Case No: 20-12861-LSS
CONSULTANTS, INC.                                 (Chapter 11)
                                                 *

     Debtor
                                                 *
*   *   *   *   *   *   *   *   *   *   *   *

### DEBTOR'S POST-CONFIRMATION REPORT THROUGH JUNE 2022
### (LOCAL RULE 3022-1(d))

Warner Construction Consultants, Inc.
Progress Report 1 through June 2022
September 12, 2022

### Payments Made under the Plan

On July 23, 2022, the Court confirmed the Chapter 11 Subchapter V Plan of Reorganization (the "Plan") [Dkt. # 96] for Warner Construction Consultants, Inc. ("Warner").  Warner has made payment in full under its Plan to its secured and priority creditors and on account of all administrative claims.  On or about December 13, 2021, Warner received a payment of $181,469.65 less an $80.00 fee from Capital Bank for the net amount of $181,389.65, with respect to the refund of taxes from the Canadian government that is described in Section 4.3 of its confirmed Plan of Reorganization.

**Secured Creditors (Class 1 & 2)**

Warner has paid:

        1.      Line of Credit with Citibank in full in the amount of $116,808.80[1] ($105,737.40 from the Canadian tax refund described in Section 4.3 of the Plan).

        2.      BMW Financial Services has been paid in full in the amount of $2,772.84.[2]

**Priority Claims**

Warner has paid priority creditors in full. Warner has paid:

        1.      Montgomery County for past due property taxes in full in the amount of $7,234.47 ($4,234.47 from the Canadian tax refund).

        2.      The State of California for past due Franchise Taxes in full in the amount of $1,640.73 (from Canadian tax refund).

---

[1] Third party guarantors also made payments to Citibank; its secured claim has been paid in full.

**Unsecured Creditors (Class 3 & 4)**

Warner has paid one unsecured creditor, its prior landlord Brandywine Realty Trust, in the amount of $37,974.02 (from the Canadian tax refund).

**Administrative Claims**

Warner has paid its administrative priority claims in full.

1. Plan Trustee Michael Wolff was paid in full in the amount of $7,199.60 ($5,759.60 from the Canadian tax refund)

2. Counsel to the Debtor, Yumkas, Vidmar, Sweeney & Mulrenin, LLC, received Plan payments of $26,123.43 (from the Canadian tax refund).

**Total Plan Distributions:** In total, Warner has made $199,753.89 of Plan payments to its creditors (not including payments to secured creditor BMW).

### Debtor's Post-Confirmation Operations

Warner's reorganization filing in early 2020 was soon followed by a new large project that alone promised to generate an additional $50,000 of revenue per month for several months, and slight less monthly revenue through the end of 2020. With its other existing work, Warner was poised to start its reorganization plan in great shape. This new project was in the Federal Government's General Services Headquarters Building in Washington DC. Our work was for a Government Contractor that performed primarily janitorial, cafeteria and other staffing services in Federal and Local Government facilities, in additional to limited General Construction work. In the 3rd week of March, work was stopped on the project as a result of the emerging COVID pandemic. This quickly reduced the revenue on this project and, soon thereafter, our client stopped paying us due to COVID's substantial effect on the rest of their business as a result of Local and the Federal Government closing their facilities. We stopped work on the project soon thereafter. COVID's effects on the rest of our work was similarly substantial. As a result, we further cut costs following the ongoing cuts leading up to our reorganization filing, including laying off employees. We obtained an EIDL loan that supported our operations for a portion of COVID. We receive a tax refund from the Canadian government that was paid out in full to our creditors in accordance with our plan. Through this period and to the current day we continue to get new work and new clients but the business is not making any net available income for unsecured creditors. Warner anticipates generating net disposable income prior to the expiration of its plan payments, such that unsecured creditors will receive a distribution prior to the termination of the plan periods.

                                              /s/ Catherine Keller Hopkin
                                          Catherine Keller Hopkin, 28257
                                          Yumkas, Vidmar, Sweeney & Mulrenin, LLC
                                          185 Admiral Cochrane Drive, Suite 130
                                          Annapolis, Maryland 21401
                                          (443) 569-0788
                                          chopkin@yvslaw.com

                                          Counsel for Debtor

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September 2022, notice of filing the Debtor's Post-Confirmation Report through June 2022 was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notice, which parties are identified on the attached service list.

           /s/ Catherine Keller Hopkin
Catherine Keller Hopkin

**The following parties received CM/ECF notice of the filing:**

Timothy Joseph Cloud, Esquire
(tjcloud@lerchearly.com)
Lerch, Early & Brewer, Chartered
7600 Wisconsin Avenue, Suite 700
Bethesda, Maryland  20814

Andrea Campbell Davison, Esquire
(adavison@beankinney.com)
Counsel for CitiBank, N.A.
Bean, Kinney & Korman, P.C.
2311 Wilson Boulevard, 5th Floor
Arlington, Virginia  22201

Catherine Keller Hopkin, Esquire
(chopkin@yvslaw.com)
Counsel for Debtor
Yumkas, Vidmar, Sweeney & Mulrenin
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Lynn A. Kohen, Esquire
(lynn.a.kohen@usdoj.gov)
Office of the U. S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland  20770

US Trustee – Greenbelt
(ustpregion04.gb.ecf@usdoj.gov)
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770

Michael G. Wolff, Subchapter V Trustee
(trustee@wolawgroup.com)
Wolff & Orenstein, LLC
15245 Shady Grove Road
Suite 465, North Lobby
Rockville, Maryland  20850