Entered: June 26, 2023
Signed:  June 26, 2023

**SO ORDERED**



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:   20−12861 − LSS     Chapter:   11**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Warner Construction Consultants, Inc.
*debtor has no known aliases*
12 South Summit Avenue, Suite 319
Gaithersburg, MD 20877

Social Security No.:

Employer's Tax I.D. No.:   52−1227737

## FINAL DECREE

Petition for Relief under Chapter 11 of Title 11, U.S. Code was filed by or against the above−named debtor on 3/4/20.

The estate of the above−named debtor has been fully administered.

ORDERED, that Michael G. Wolff is discharged as trustee of the estate of the above−named debtor; and the Chapter 11 case of the above named debtor is closed.

**End of Order**

**fnldec** − *DeniseSmith*